IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HEATHER LAVELLE                    :      CIVIL ACTION
                                   :
     v.                            :
                                   :
NANCY GIROUX, et al.               :      NO. 12-2655


                                ORDER


            AND NOW, this 6th day of November, 2013, upon careful

and independent consideration of the petition for writ of habeas

corpus, and after review of the Report and Recommendation ("R&R")

of United States Magistrate Judge Jacob P. Hart, and the

petitioner's objections to the R&R, IT IS HEREBY ORDERED that:

            1.    The Report and Recommendation is APPROVED and

                  ADOPTED;

            2.    The objections are OVERRULED;

            3.    The Petition for Writ of Habeas Corpus is DENIED;

                  and,

            4.    There is no basis for the issuance of the

                  certificate of appealability.


                              BY THE COURT:


                              /s/Mary A. McLaughlin__
                              MARY A. McLAUGHLIN, J.